INN - PROB 22
Rev. 05/04

**TRANSFER OF JURISDICTION**

**08CR  267**

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0755 2:01CR00180 |

| DOCKET NUMBER *(Rec. Court)* |

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Daniel Barlow

**FILED**
3-28-08
MAR 2 8 2008    NF.

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| DISTRICT | DIVISION |
|---|---|
| Northern District Of Indiana | Hammond |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Rudy Lozano |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 02/29/2008 | 02/28/2012 |

OFFENSE
Robbery, Bank

JUDGE NORGLE

MAGISTRATE JUDGE Keys

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Illinois____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/5/08_
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____ILLINOIS_____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
_____
*Effective Date*

_James R. Holderman_
_____
*United States District Judge*