O8 CR 267

SEVER, TERMED

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:01-cr-00180-RL-3
### Internal Use Only

Case title: USA v. Grayson
Magistrate judge case number: 2:01-mj-02150

Date Filed: 12/19/2001
Date Terminated: 10/30/2003

Assigned to: Judge Rudy Lozano

### Defendant (3)

**Daniel Barlow**
*TERMINATED: 10/30/2003*

represented by **Adam Tavitas**
Law Office of Adam Tavitas
9120 Connecticut Dr Suite G
Merrillville, IN 46410
219-796-9220
Fax: 219-791-4379
Email: Adtavitas@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By:
DEPUTY CLERK
Date: 4/3/08

**Pending Counts**

**Disposition**

Deft hereby committed to the custody
of the BOP to be imprisoned for a term
of 81 mos.on cnt 2s. Upon release from
imprisonment the deft is placed on
supervised release for a term of 4 ys on
cnt 2s. Sentence to run concurrent with
sentence in Alabama in cause #02 PT
0603 NE. Special assessment of $100
due immed. Restitution in the amt of
$15,189.00, due imed. No fine imposed.
Govt's mots to dismiss cnt in original
indictment and superseding cnts is
granted. Deft remanded to USM for
imposition of sentence.

18:2113(a),(d) & 2 BANK ROBBERY
BY FORCE OR VIOLENCE; AIDING
AND ABETTING
(2s)

**FILED**
4-10-08
APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:371 CONSPIRACY TO COMITT

**Disposition**

| | |
|---|---|
| BANK ROBBERY BY FORCE OR VIOLENCE (1) | Pursuant to Rule 48(a) of the FRCP |
| 18:371 CONSPIRACY TO COMMIT BANK ROBBERY BY FORCE OR VIOLENCE (1s) | Pursuant to Rule 48(a) of the FRCP |
| 18:2113(a) & 18:2113(d) BANK ROBBERY BY FORCE OR VIOLENCE (2) | Pursuant to Rule 48(a) of the FRCP |
| 18:922(g)(1) & 2 FELON IN POSSESSION OF A FIREARM; AIDING AND ABETTING (3s) | Pursuant to Rule 48(a) of the FRCP |
| 18:924(c) & 2(a) USING A FIREARM DURING AND IN RELATION TO A BANK ROBBERY; PENALTIES (6s) | Pursuant to Rule 48(a) of the FRCP |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2113(a), 371, 924(c) and 2; by force and violence, take and conspire to take from person or presence of another, property or money belonging to or in the care, custody control or possesion of a bank or savings and loan association; AND committed robbery, crime of violence, while armed with firearm and in so committing this offence, brandished firearm during in relation to offense [ 2:01-m -2150 ] | Pursuant to Rule 48(a) of the FRCP |

**Plaintiff**

**United States of America**                    represented by **Clarence Butler - AUSA, Jr**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5659
Fax: 219-852-2770
Email: USAINN.ECFCivil@usdoj.gov
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Jonathan L Marks - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
Email: USAINN.ECFCivil@usdoj.gov
*TERMINATED: 01/11/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2001 | 1 | COMPLAINT against Corichey Robert Grayson, Elisha Isreal Rawlings, William Anthony Barlow, Daniel S Barlow filed by Arthur L. Grist, FBI signed by Mag Judge Theresa L. Springmann [ 2:01-m -2150 ] (smb) (Entered: 12/06/2001) |
| 12/05/2001 | | ARREST Warrant issued for Daniel S Barlow by Mag Judge Theresa L. Springmann [ 2:01-m -2150 ] (smb) (Entered: 12/06/2001) |
| 12/05/2001 | 5 | CJA Form 23 (Financial Affidavit) as to Daniel S Barlow [ 2:01-m -2150 ] (smb) (Entered: 12/06/2001) |
| 12/05/2001 | 6 | MINUTES: before Mag Judge Theresa L. Springmann initial appearance of Corichey Robert Grayson, Elisha Isreal Rawlings, William Anthony Barlow, Daniel S Barlow ; preliminary exam set for 1:00 12/10/01 ;Detention hearing set for 1:00 12/10/01 for Corichey Robert Grayson, for Elisha Isreal Rawlings, for William Anthony Barlow, for Daniel S Barlow. All dfts rqst apnt of cnsl. Granted based on finan qualif. Clerk directed to notify fed com dfndr for apnt of cnsl. Dfts ordered into temp detn and remanded custody USM. AUSA J Marks, E Johnston USPT present. Crt advised dfts will be housed MCC/Chic. [ 2:01-m -2150 ] (smb) (Entered: 12/06/2001) |
| 12/06/2001 | | ARREST of defendant Corichey Robert Grayson, defendant Elisha Isreal Rawlings, defendant William Anthony Barlow, defendant Daniel S Barlow on 12/5/01 [ 2:01-m -2150 ] (smb) (Entered: 12/06/2001) |
| 12/06/2001 | 10 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Adam Tavitas for defendant Daniel S Barlow [ 2:01-m -2150 ] (smb) (Entered: 12/06/2001) |
| 12/07/2001 | 12 | ARREST Warrant returned executed as to Daniel S Barlow on 12/5/01 [ 2:01-m -2150 ] (smb) (Entered: 12/07/2001) |
| 12/10/2001 | 15 | MINUTES: Sched for Init Appear (GRAYSON) before Mag Judge Theresa L. Springmann. Dft Grayson in person and by cnsl. AUSA J Marks, E Johnston USPT present. Dfns cnsl advises Crt of potential conflict of interest. Dft will retain cnsl. Dfns oral mtn for contin is granted. Deten Hrg/ Preliminary exam set for 11:00 12/12/01 for Corichey Grayson before Mag Judge Theresa L. Springmann. Dft ordered |

| | | into temp deten and remanded to USM. B Woodward released as (CJA) cnsl. [ 2:01-m -2150 ] (smb) (Entered: 12/11/2001) |
|---|---|---|
| 12/10/2001 | 16 | MINUTES: DETEN/PC (RAWLINGS, BARLOW, BARLOW) before Mag Judge Theresa L. Springmann. Dfts in person and by cnsl. AUSA J Marks, E Johnston USPT present. Evidence presented, argument heard. Crt grants Govt mtn for pretrial deten for reasons stated of record as to each dft. All dfts ordered held w/out bond pending trial and bound over for further proceedings b/fore Dist Crt. Arraignment set for 9:00 1/11/01 for Elisha Isreal Rawlings, for William Anthony Barlow, for Daniel S Barlow before Mag Judge Theresa L. Springmann. [ 2:01-m -2150 ] (smb) (Entered: 12/11/2001) |
| 12/10/2001 | 17 | REQUEST FOR ORDER OF DISCLOSURE by Wililam Anthony Barlow [ 2:01-m -2150 ] (smb) (Entered: 12/12/2001) |
| 12/10/2001 | 18 | DEFENSE RESPONSE RE: DETENTION by Dft William Anthony Barlow [ 2:01-m -2150 ] (smb) (Entered: 12/12/2001) |
| 12/12/2001 | 20 | ORDER of Detention by Mag Judge Theresa L. Springmann as to Daniel S Barlow (cc: all counsel,USPO,USM) [ 2:01-m -2150 ] (smb) (Entered: 12/12/2001) |
| 12/12/2001 | 22 | MINUTES: before Mag Judge Theresa L. Springmann preliminary exam reset for 1:30 12/14/01 for Corichey Robert Grayson before Mag Judge Theresa L. Springmann detention hearing reset for 1:30 12/14/01 for Corichey Robert Grayson before Mag Judge Theresa L. Springmann. Dft uable to retain cnsl. Clerk directed to notify fed com dfndr for apnt of cnsl. Dft remanded. AUSA J Marks, E Johnston USPT, Dft C Grayson present in Crt. [ 2:01-m -2150 ] (smb) (Entered: 12/12/2001) |
| 12/14/2001 | 25 | MINUTES: PROB CAUSE/DETEN HRG (GRAYSON) before Mag Judge Theresa L. Springmann. Dft Grayson in person and by M Petro. AUSA C Butler present. Evidence presented thru testimiony of A Grist, FBI. Argument heard. Crt finds suffic prob cause to support Crim Complt. status and/or arraignment set for 9:00 1/11/02 for Corichey Robert Grayson before Mag Judge Theresa L. Springmann. Govt mtn for pretrial deten granted. Dft bound over for further proceedings before Dist Crt. Dft ordered held w/out bnd pending trial. [ 2:01-m -2150 ] (smb) (Entered: 12/18/2001) |
| 12/19/2001 | 27 | INDICTMENT by USA. Counts filed against Corichey Robert Grayson (1) count(s) 1, 2, Elisha Isreal Rawlings (2) count(s) 1, 2, Daniel S Barlow (3) count(s) 1, 2, William Anthony Barlow (4) count(s) 1, 2 (kjp) (Entered: 12/21/2001) |
| 12/19/2001 | 28 | PRAECIPE:For a criminal warrant as to Corichey Grayson by plaintiff USA. Warrant issued on 12/20/01. (kjp) (Entered: 12/21/2001) |
| 12/19/2001 | 29 | PRAECIPE:For a criminal warrant as to Elisha Rawlings by plaintiff USA. Warrant issued on 12/20/01. (kjp) (Entered: 12/21/2001) |
| 12/19/2001 | 30 | PRAECIPE:for a criminal warrant as to Daniel Barlow by plaintiff USA. |

| | | Warrant issued on 12/20/01. (kjp) (Entered: 12/21/2001) |
|---|---|---|
| 12/19/2001 | 31 | PRAECIPE:For a criminal warrant as to William Barlow by plaintiff USA. Warrant issued on 12/20/01. (kjp) (Entered: 12/21/2001) |
| 12/27/2001 | 33 | ARREST Warrant returned executed as to Daniel Barlow on 12/20/01 (plm) (Entered: 12/27/2001) |
| 12/27/2001 | 37 | RECEIPT # 2127331 for the fee associated with the pro hac vice motion for attorney Michael J Petro (efc) (Entered: 01/07/2002) |
| 01/11/2002 | 39 | MINUTES: INIT APPEAR/ARRAIGN (ALL DFTS) before Mag Judge Theresa L. Springmann. All dfts in person and by cnsl; AUSA G Bell on behalf of AUSA C Butler. All dfts waive rights; formal reading of charges, penalties. dft Corichey Grayson, Elisha Rawlings, Daniel Barlow, William Barlow arraigned; NOT GUILTY plea entered by all dfts to all counts. Argn Order distrib to cnsl. Prior order for deten remains intact for all dfts. (smb) (Entered: 01/11/2002) |
| 01/11/2002 | 40 | ORDER by Mag Judge Theresa L. Springmann jury trial set for 8:30 a.m. 2/25/02 as a fourth setting for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow before Judge Rudy Lozano; pretrial motions due within 10 days for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for Barlow; Telephonic final pretrial conf set for 2:30 p.m. 2/11/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for Barlow before Mag Judge Theresa L. Springmann (cc: all counsel) (efc) (Entered: 01/14/2002) |
| 02/08/2002 | 50 | ORDER by Mag Judge Theresa L. Springmann Final pretrial conf reset for 12:00 p.m. 2/11/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow (cc: all counsel) (efc) (Entered: 02/08/2002) |
| 02/08/2002 | 51 | ORDER by Mag Judge Theresa L. Springmann that the government respond, by 2/11/02, to defendant Elisa Rawlings' motion for an order requiring the prosecution to give notice of its intention to use other crimes, wrongs or acts evidence and motion for bill of particulars. (cc: all counsel) (efc) (Entered: 02/08/2002) |
| 02/11/2002 | 55 | MINUTES: PRETRIAL CONF 2/11/02 before Mag Judge Theresa L. Springmann. AUSA C Butler, J Maksimovich, A Tavitas, J Foster present. Govt anticipates superseding indict by end of March 2002. Govt rqsts to includ 2/15/02 in which to file mtn for cont of trial. Discov has been tendered. Lab reports, video tapes will be turned over upon receipt of same. finding the motion for enlargement [52-1] moot., finding the request the court receive and file instanter motion for further discovery and motion to suppress [52-2] moot. Deadlines continued over thirty days in anticipation of new trial setting. Govt to respond to mtn to severe w/in 10 days from this date. (smb) (Entered: 02/20/2002) |
| 02/14/2002 | 53 | ORDER by Mag Judge Theresa L. Springmann reminding the government that it has ten days from receipt of defendant Corichey Grayson's motion to sever to file a response, if any. (cc: all counsel) (efc) |

| | | |
|---|---|---|
| | | (Entered: 02/15/2002) |
| 02/20/2002 | 56 | NOTICE by Judge Rudy Lozano jury trial reset for 8:30 a.m. 4/15/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow (cc: all counsel) (efc) (Entered: 02/21/2002) |
| 02/26/2002 | 57 | ORDER by Mag Judge Theresa L. Springmann hearing re motion to reopen and/or reconsider detention order set for 11:00 a.m. 3/11/02 for William Barlow (cc: all counsel) (efc) (Entered: 02/26/2002) |
| 02/27/2002 | 58 | RESPONSE by plaintiff USA to motion for order requiring the prosecution to give notice of its intention to use other crimes, wrongs or acts evidence [44-1], to motion for a bill of particulars [42-1], to motion to sever [49-1] (efc) (Entered: 03/01/2002) |
| 03/11/2002 | 61 | EXHIBIT/WITNESS list 3/11/02 (W. Barlow Detn Hrg); contents under seal (smb) Modified on 03/13/2002 (Entered: 03/13/2002) |
| 03/11/2002 | 60 | MINUTES: HRG RE: MOTION TO RECONSIDER DETEN (W BARLOW) before Mag Judge Theresa L. Springmann. Dft W Barlow in person and by J Foster. AUSA C Butler, E Johnston USPT present. Evidence presented and argument heard UNDER SEAL. Matter taken under advisement; Crt anticipates issuing written ruling w/in next 48 hrs. Dft remanded to USM. (smb) (Entered: 03/13/2002) |
| 03/15/2002 | | (Court only) Docket Modification (Utility) granting motion to reconsider detention order [54-2] (smb) (Entered: 03/15/2002) |
| 03/21/2002 | 63 | SUPERSEDING indictment by USA; counts filed against Corichey Grayson (1) count(s) 1s, 2s, 5s, 6s, Elisha Rawlings (2) count(s) 1s, 2s, 4s, 6s, Daniel Barlow (3) count(s) 1s, 2s, 3s, 6s, William Barlow (4) count(s) 1s, 2s, 6s (efc) (Entered: 03/22/2002) |
| 03/21/2002 | 64 | PRAECIPE for warrant for defendant Corichey Grayson by plaintiff USA; (Warrant issued, sent to U.S. Marshal) (efc) (Entered: 03/22/2002) |
| 03/21/2002 | 65 | PRAECIPE for warrant for defendant Elisha Rawlings by plaintiff USA; (Warrant issued, sent to U.S. Marshal) (efc) (Entered: 03/22/2002) |
| 03/21/2002 | 66 | PRAECIPE for warrant for defendant Daniel Barlow by plaintiff USA: (Warrant issued, sent to U.S. Marshal) (efc) (Entered: 03/22/2002) |
| 03/21/2002 | 67 | PRAECIPE for warrant for defendant William Barlow by plaintiff USA; (Warrant issued, sent to U.S. Marshal) (efc) (Entered: 03/22/2002) |
| 03/22/2002 | 68 | ORDER by Mag Judge Theresa L. Springmann initial appearance/arraignment/pretrial conference on the superseding indictment set for 1:00 p.m. 4/3/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow (cc: all counsel) (efc) (Entered: 03/22/2002) |
| 03/26/2002 | 71 | ARREST Warrant returned executed as to Daniel Barlow on 3/25/02 (efc) (Entered: 03/26/2002) |
| 03/27/2002 | 73 | NOTICE by Mag Judge Theresa L. Springmann Final pretrial |

| | | conference/arraignment reset for 11:00 a.m. 4/3/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow (cc: all counsel) (efc) (Entered: 03/27/2002) |
|---|---|---|
| 04/02/2002 | 80 | MOTION to continue trial setting by Daniel Barlow (efc) (Entered: 04/02/2002) |
| 04/03/2002 | 83 | MINUTES: INT APPEAR/ARRAIGN 4/3/02 before Mag Judge Theresa L. Springmann. Dfts E Rawlings, D Barlow, W Barlow all in person with cnsl. Cnsl for C Grayson fails to appear without prior notice to the Court. Dfts waive rights; advised charges, penalties. dft Elisha Rawlings, Daniel Barlow, William Barlow arraigned; NOT GUILTY plea entered by each dft. Dft E Rawlings oral mtn for exten of time to file pretrial mtns is granted to 4/5/02. Any other mtns for cont of trial to be filed by close bus 4/5/02. Dft D Barlow's mtn for contin of trial taken under advisement. Prior order for deten remains intact as to all dfts. Dft remanded pending further proceedings. (smb) (Entered: 04/08/2002) |
| 04/05/2002 | 81 | ORDER by Magistrate Judge Theresa L. Springmann that the government respond, by 4/12/02, to the argument raised by defendant Corichey Robert Grayson's motion to sever, based on the analysis and of the Supreme Court in "Gray v Maryland". (cc: all counsel) (efc) Modified on 04/09/2002 (Entered: 04/05/2002) |
| 04/05/2002 | 82 | AMENDED MOTION to continue trial setting by Daniel Barlow (efc) (Entered: 04/08/2002) |
| 04/09/2002 | 84 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Theresa L. Springmann granting amended motion to continue trial setting [82-1] terminating [80-1] motion to continue trial setting ; jury trial reset for 8:30 a.m. 6/6/02 as a second setting for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow before Judge Rudy Lozano; Final pretrial conf reset for 2:30 p.m. 5/20/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow before Mag Judge Theresa L. Springmann (cc: all counsel) (efc) (Entered: 04/09/2002) |
| 04/10/2002 | 87 | AMENDED ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Theresa L. Springmann granting motion to continue trial setting [82-1] jury trial set for 8:30 a.m. 6/3/02 as a secondary setting for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for Barlow before Judge Rudy Lozano; Final pretrial conf set for 2:30 p.m. 5/20/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow before Mag Judge Theresa L. Springmann (cc: all counsel) (efc) (Entered: 04/12/2002) |
| 04/12/2002 | 86 | ORDER by Judge Rudy Lozano taking under advisement the motion to suppress [79-1]. The government is ordered to respond to defendant William Barlow's motion to suppress by 4/17/02; defendant to reply by 4/24/02. Suppression hearing set for 9:00 a.m. 5/2/02 for William Barlow (cc: all counsel) (efc) (Entered: 04/12/2002) |
| 04/12/2002 | 88 | ORDER by Mag Judge Theresa L. Springmann initial |

| | | appearance/arraignment reset for 9:00 a.m. 4/17/02 for Corichey Grayson (cc: all counsel) (efc) (Entered: 04/15/2002) |
|---|---|---|
| 04/12/2002 | 89 | SUPPLEMENTAL RESPONSE by plaintiff USA to motion to sever [49-1] (efc) (Entered: 04/15/2002) |
| 04/12/2002 | 90 | ORDER by Judge Rudy Lozano denying defendant William Anthony Barlow's motion for review (revocation or amendment) of the Order of Detention [75-1] (cc: all counsel) (efc) (Entered: 04/15/2002) |
| 04/25/2002 | 92 | ORDER by Judge Rudy Lozano denying defendant William Barlow's petition for enlargement concerning consideration of certain pending motions [91-1] (cc: all counsel) (efc) (Entered: 04/26/2002) |
| 05/02/2002 | 95 | MINUTES: Motion To Supress Hrg scheduled on 5/2/02 before Judge Rudy Lozano. Govt is represented by Bernard VanWormer, AUSA. Deft is represented by cnsl James Foster. Discussion hld in Chambers. Deft is unable to locate witnesses need for hrg. Ptys orally move jointly to continue this matter. In-court hearing for Motion To Supress re-set for 9:00 5/8/02 for William Barlow before Judge Rudy Lozano Ptys are advised that no further extenions will be given in this matter. Deft is remanded to the custody of the USM pending next proceeding. (imr) (Entered: 05/02/2002) |
| 05/10/2002 | 97 | MOTION for additional time to respond to pending motions by USA (efc) (Entered: 05/10/2002) |
| 05/16/2002 | 99 | ORDER by Mag Judge Theresa L. Springmann proposed jury instructions/objections due 12:00 p.m. 5/21/02 (cc: all counsel) (efc) (Entered: 05/17/2002) |
| 05/16/2002 | 100 | ORDER by Mag Judge Theresa L. Springmann granting government's motion for additional time to respond to pending motions [97-1] until 5/21/02 (cc: all counsel) (efc) (Entered: 05/17/2002) |
| 05/17/2002 | 101 | ORDER by Mag Judge Theresa L. Springmann in-person final pretrial conf reset for 11:00 a.m. 5/21/02 for Corichey Grayson, for Elisha Rawlings, for Daniel Barlow, for William Barlow (cc: all counsel) (efc) Modified on 05/17/2002 (Entered: 05/17/2002) |
| 05/21/2002 | 102 | RESPONSE by plaintiff USA to motion to prevent the government from offering evidence relating to prior felony conviction [85-1] (efc) (Entered: 05/21/2002) |
| 05/21/2002 | 103 | JURY Instructions by plaintiff USA (efc) (Entered: 05/21/2002) |
| 05/21/2002 | 105 | MINUTES: PRETRIAL CONF 5/21/02 before Mag Judge Theresa L. Springmann w/AUSA C Butler, M Petro, A Tavitas, J Maksimovich. Aty J Foster unable to appear due to sched conflict. Anticipated pleas due by close bus 5/24/02. Govt rqsts to 5/28/02 for filing of pleas. Crt directs parties to make every effort to file pleas by close bus 5/24/02. in-person FINAL pretrial conference 4:00 5/30/02 for remaining dfts. All pretrial filings due at time of FPTC. Dfns atnys directed to file written mtns w/drawing dfns mtns if pleas are filed. (smb) (Entered: 05/24/2002) |

| | | |
|---|---|---|
| 05/24/2002 | 104 | MINUTES: before Judge Rudy Lozano ;change of plea hearing 9:30 5/28/02 for Corichey Grayson before Judge Rudy Lozano (Court Employee) (Entered: 05/24/2002) |
| 05/24/2002 | 106 | MINUTES: before Judge Rudy Lozano ;change of plea hearing 11:00 5/29/02 for Elisha Rawlings before Judge Rudy Lozano (Court Employee) (Entered: 05/24/2002) |
| 05/24/2002 | 107 | MINUTES: before Judge Rudy Lozano ;change of plea hearing 9:00 5/29/02 for Daniel Barlow before Judge Rudy Lozano (Court Employee) (Entered: 05/24/2002) |
| 05/29/2002 | 110 | PETITION TO ENTER A CHANGE OF PLEA (Agreement) as to Daniel Barlow (Court Employee) (Entered: 05/29/2002) |
| 05/29/2002 | 115 | MINUTES: Change of Plea Hearing hld on 5/29/02 before Judge Rudy Lozano. Govt is present by Jonathan Marks, AUSA. Deft is present in custody and with cnsl Adam Tavitas. USPO David Beier in Court. Deft's guilty plea entered as to count(s): 2s . Court now accepts deft's plea of guilty as to count 2s and he is adjudged guilty. Court reserves the right to accept or rejects deft's plea agreement until time of sentencing and after review of the PSI. Sentencing set for 12:30 9/26/02 Daniel Barlow before Judge Rudy Lozano Deft remanded. Julie Churchill, Court Reporter (imr) (Entered: 06/03/2002) |
| 05/30/2002 | 113 | ORDER by Mag Judge Theresa L. Springmann denying motion for a bill of particulars [42-1] denying as moot motion for order requiring the prosecution to give notice of its intention to use other crimes, wrongs or acts evidence [44-1] granting motion to preserve agents' notes [45-1] Number of pages: 5 (cc: all counsel) (Court Employee) (Entered: 05/31/2002) |
| 05/30/2002 | 118 | MINUTES: Supplemental FPCT before Mag Judge Theresa L. Springmann Jury trial reset for 8:30 6/10/02 for Elisha Rawlings before Rudy Lozano , supplmental final pretrial conference 12:00 6/19/02 for William Barlow before Judge Rudy Lozano; jury trial set for 8:30 7/1/02 for William Barlow before Judge Rudy Lozano. (smb) (Entered: 06/07/2002) |
| 05/31/2002 | 114 | ORDER by Mag Judge Theresa L. Springmann granting motion to sever [101-1] Number of pages: 2 (cc: all counsel) (Court Employee) (Entered: 05/31/2002) |
| 06/05/2002 | 117 | ORDER by Judge Rudy Lozano granting motion for issuance of subpoena pursuant to Rule 17(b) [116-1]. U.S. Marshal is ordered to produce Corichey Robert Grayson, Daniel Barlow and William Anthony Barlow to testify at trial on 6/10/02. (cc: all counsel) (efc) (Entered: 06/05/2002) |
| 06/05/2002 | | Subpoena issued for Corichey Robert Grayson, Daniel S. Barlow and William Anthony Barlow (efc) (Entered: 06/05/2002) |
| 06/06/2002 | 121 | ORDER by Judge Rudy Lozano granting in part and denying in part |

| | | |
|---|---|---|
| | | motion to prevent the government from offering evidence relating to prior felony conviction [85-1] (cc: all counsel) (efc) (Entered: 06/10/2002) |
| 06/07/2002 | 120 | STATEMENT OF THE CASE by plaintiff USA as to defendant Elisha Rawlings (efc) (Entered: 06/07/2002) |
| 06/10/2002 | 132 | MINUTES: Jury Trial (First Day) hld on 6/10/02 before Judge Rudy Lozano. Govt prsnt by Clarence Butler, AUSA. Dft is present in custody and with cnsl John Maksimovich. Mot for separation of witnesses is granted. Court will address deft's Motion In Limine at the end of the day. Prospective jurors sworn Voire Dire. Jury panel selected, examined, accepted and sworn to try cause. Remaining prospective jurors discharged. Opening statements heard from both sides. Govt begins presentation of evidence, does not conclude. Parties stipulate to govt's exh. #1-22. Jury is excused until Tuesday, 6/11/02. Court is adjourned. Julie Churchill, Court Reporter (imr) (Entered: 06/11/2002) |
| 06/11/2002 | 129 | NOTICE by plaintiff USA of its intent to introduce FRE 404(b) evidence for defendant Elijah Rawlings (efc) (Entered: 06/11/2002) |
| 06/11/2002 | 133 | MINUTES: Jury Trial (2nd Day) hld on 6/11/02 before Judge Rudy Lozano. All ptys present as prev noted. Argument heard re: Govt's 404.B mot; Court granting motion in limine to preclude government from introducing evidence pursuant to FRE 404(b) of an armed robbery occurring in Madison County Alabama in or around May 2001 and defendant's alleged participation therein [123-1]. Deft's request for limiting instruction re: 404.B mot be read to the jury; granted. Govt continues presentation of evidence, concludes and rest. Deft's Motion for Judgment of Acquittal is denied. Court acknowledges the presence of atty James Foster in Court for co-dft William Barlow. Atty Petro also present as cnsl for co-dft Corichey Grayson. Attys Foster and Grayson inform the Court that if their clients were to be called to testify, they will invoke their fifth amendment right. Deft begins presentation of evidence, does not conclude. Jury is excused until Wednesday, June 12, 2002, at 10:00 a.m. Julie Churchill, Court Reporter (imr) (Entered: 06/14/2002) |
| 06/12/2002 | 136 | JURY NOTE recvd, addressed and filed for trial of deft Elisha Rawlings. (imr) (Entered: 06/14/2002) |
| 06/12/2002 | 137 | JURY SEATING CHART for jury trial for deft Elisha Rawlings commencing 6/10/02 (imr) (Entered: 06/14/2002) |
| 06/12/2002 | 139 | COURT JURY Instructions 1 through 42 (imr) (Entered: 06/14/2002) |
| 06/12/2002 | 142 | ORDER by Judge Rudy Lozano returning to ptys by agreement all trial exhibits. (cc: all counsel) (imr) (Entered: 06/14/2002) |
| 06/18/2002 | 150 | ORDER by Mag Judge Theresa L. Springmann granting defendant Barlow's motion for preservation of law enforcement notes [77-1] granting Specific 404 and Santiago request [78-1] (cc: all counsel) (efc) (Entered: 06/20/2002) |
| | | |

| 06/19/2002 | | (Court only) Docket Modification (Utility) terminating [76-1] motion for enlargement concerning specific defense obligations (especially concerning final pretrial conference), terminating [93-1] motion for calendar conference, terminating [98-1] joinder motion (efc) (Entered: 06/19/2002) |
|---|---|---|
| 06/19/2002 | 152 | ORDER by Mag Judge Theresa L. Springmann granting motion for defendant's presence at pretrial [151-1]. U.S. Marshal to produce defendant William Barlow for the final pretrial conference on 6/19/02 at 12:00 p.m. (cc: all counsel) (efc) (Entered: 06/20/2002) |
| 06/19/2002 | 155 | MINUTES: SUPPLEMENTAL FPTC (W BARLOW) before Mag Judge Theresa L. Springmann. Dfns given to close bus 6/24/02 in which to file supplemental jry instructions, voir dire questions. Govt mtn for trial contin anticipated by close bus 6/20/02; plea negotiations exhausted; plea offer withdrawn. (smb) (Entered: 06/24/2002) |
| 06/21/2002 | 153 | RESPONSE by plaintiff USA to defendant William Barlow's request for voir dire questions [148-1] (efc) (Entered: 06/24/2002) |
| 06/21/2002 | 154 | RESPONSE by plaintiff USA to defendant William Barlow's requested tendered instructions [149-1] (efc) (Entered: 06/24/2002) |
| 06/21/2002 | 158 | ORDER by Judge Rudy Lozano taking under advisement the motion to set aside verdict [143-1], and enter judgment of acquittal pursuant to FRCrP 29(c) [143-2]; The government shall file a response by 7/08/02; defendant Rawlings' reply due 7/15/02. (cc: all counsel) (efc) (Entered: 06/25/2002) |
| 06/25/2002 | 161 | RESPONSE by plaintiff USA to motion to suppress [146-1] (efc) (Entered: 07/11/2002) |
| 07/03/2002 | 163 | SUPPLEMENTAL EXHIBIT by plaintiff USA to defendant Barlow's motion to suppress [146-1] (efc) (Entered: 07/11/2002) |
| 07/08/2002 | 164 | ORDER by Judge Rudy Lozano granting motion concerning CJA transcript [156-1]. The Court Reporter is ordered to provide the trial transcription of Daniel Barlow and Elisha Rawlings pursuant to the guidelines of the Criminal Justice Act. (cc: all counsel) (efc) (Entered: 07/11/2002) |
| 07/09/2002 | | TRANSCRIPT of jury trial proceedings for the following date(s): 6/10/02 (Re: defendant Elisha Rawlings) (efc) (Entered: 07/10/2002) |
| 07/09/2002 | | TRANSCRIPT of jury trial proceedings (Daniel Barlow excerpt) for the following date(s): 6/11/02 (Re: defendant Elisha Rawlings) (efc) (Entered: 07/10/2002) |
| 07/15/2002 | 165 | RESPONSE by plaintiff USA to motion to set aside verdict [143-1], to motion enter judgment of acquittal pursuant to FRCrP 29(c) [143-2] (efc) (Entered: 07/15/2002) |
| 07/18/2002 | 167 | ORDER by Judge Rudy Lozano taking under advisement the motion to suppress [146-1] ; in-court hearing set for 9:00 a.m. 9/24/02 for William |

| | | Barlow (cc: all counsel) (efc) (Entered: 07/19/2002) |
|---|---|---|
| 08/13/2002 | 168 | ORDER by Judge Rudy Lozano denying defendant Elisha Rawlings' motion to set aside verdict [143-1], and enter judgment of acquittal pursuant to FRCrP 29(c) [143-2] (cc: all counsel) (efc) (Entered: 08/14/2002) |
| 09/16/2002 | 173 | ORDER by Judge Rudy Lozano granting motion to continue date of sentencing [171-1] ; sentencing set for 12:30 p.m. 11/20/02 for Elisha Rawlings (cc: all counsel) (efc) (Entered: 09/17/2002) |
| 09/18/2002 | | (Court only) Docket Modification (Utility) finding the motion for enlargement concerning defense obligation in conjunction with Final Pretrial Conference [144-1] moot. finding the motion for discovery [145-1] moot per FPTC minutes of 6/19/02 (smb) (Entered: 09/18/2002) |
| 09/20/2002 | 174 | MOTION to continue date of sentencing by USA as to Daniel Barlow (efc) (Entered: 09/20/2002) |
| 09/23/2002 | 177 | LETTER to Judge Lozano from defendant Daniel Barlow (efc) (Entered: 09/26/2002) |
| 09/24/2002 | 175 | ORDER by Judge Rudy Lozano granting motion to continue date of sentencing [174-1] ; sentencing reset for 12:30 p.m. 12/4/02 for Daniel Barlow (cc: all counsel) (efc) (Entered: 09/25/2002) |
| 09/24/2002 | 181 | MINUTES: Mot To Suppress Hrg hld on 9/24/02 before Judge Rudy Lozano. Govt is present by Clarence Butler, Jr. Deft is present in custody and with cnsl James E. Foster. Deft begins presentation of evidence. Ptys stipulate as to arrest and stmts obtain regarding deft's presence in vehicle, also money and weapon in vehicle during chase. Stipulation is recvd into evidence. Argument hrd from both sides. Court taking under advisement on the motion to suppress [79-1] . Deft remanded to custody of the USM. Julie Churchill, Court Reporter (imr) (Entered: 10/01/2002) |
| 09/24/2002 | 182 | EXHIBIT/WITNESS list by plaintiff USA/defendant William Barlow for Mot To Suppress Hrg hld on 9/24/02 (imr) (Entered: 10/01/2002) |
| 09/25/2002 | 179 | CHARACTER LETTERS on behalf of deft Corichey Grayson (imr) (Entered: 09/27/2002) |
| 10/03/2002 | 185 | ORDER by Judge Rudy Lozano denying renewed motion to suppress [146-1] (cc: all counsel) (efc) (Entered: 10/03/2002) |
| 10/15/2002 | | TRANSCRIPT of proceedings for the following date(s): 6/11/02 (re: excerpt of trial testimony of Elisha Rawlings) (efc) (Entered: 10/18/2002) |
| 11/27/2002 | 194 | ORDER by Judge Rudy Lozano granting defendant Elisha Rawlings' request for transcript [192-1] (cc: all counsel) (efc) (Entered: 12/02/2002) |
| 12/03/2002 | 195 | MOTION to continue date of sentencing by USA as to Daniel Barlow (efc) (Entered: 12/03/2002) |
| 12/04/2002 | 196 | ORDER by Judge Rudy Lozano granting motion to continue date of sentencing [195-1] ; sentencing reset for 12:30 p.m. 1/31/03 for Daniel |

| | | |
|---|---|---|
| | | Barlow (cc: all counsel) (efc) (Entered: 12/04/2002) |
| 12/06/2002 | | Short record sent to USCA for defendant Elisha Rawlings (efc) (Entered: 12/06/2002) |
| 12/24/2002 | 200 | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [197-1] for defendant Elisha Rawlings ( 02-4177) (efc) (Entered: 12/26/2002) |
| 01/22/2003 | 203 | MOTION to continue sentencing by Daniel Barlow (efc) (Entered: 01/22/2003) |
| 01/29/2003 | 204 | MOTION to seal document by USA as to Daniel Barlow (efc) (Entered: 01/31/2003) |
| 01/29/2003 | 205 | (Court only) SEALED document by plaintiff USA (efc) (Entered: 01/31/2003) |
| 01/29/2003 | 206 | ORDER by Judge Rudy Lozano granting motion to seal document [204-1] (cc: all counsel) (efc) (Entered: 01/31/2003) |
| 01/29/2003 | 207 | (Court only) SEALED document (efc) (Entered: 01/31/2003) |
| 01/31/2003 | | (Court only) Docket Modification (Utility) finding the motion to continue sentencing [203-1] moot. (efc) (Entered: 01/31/2003) |
| 02/04/2003 | 208 | APPEAL Transcript Designation and Order form for the dates of 6/10/02-6/12/02, 11/19/02 regarding defendant Elisha Rawlings [197-1] (efc) (Entered: 02/05/2003) |
| 02/04/2003 | | TRANSCRIPT of trial proceedings for the following date(s): 6/10/02 (Re: defendant Elisha Rawlings [197-1] ) (efc) (Entered: 02/05/2003) |
| 02/04/2003 | | TRANSCRIPT of trial proceedings for the following date(s): 6/11/03 (Re: defendant Elisha Rawlings [197-1] ) (efc) Modified on 02/05/2003 (Entered: 02/05/2003) |
| 02/04/2003 | | TRANSCRIPT of trial proceedings for the following date(s): 6/12/03 (Re: defendant Elisha Rawlings [197-1] ) (efc) (Entered: 02/05/2003) |
| 02/04/2003 | | TRANSCRIPT of sentencing proceedings for the following date(s): 11/19/02 (Re: defendant Elisha Rawlings [197-1] ) (efc) (Entered: 02/05/2003) |
| 03/20/2003 | 211 | MOTION to seal document by USA as to Daniel Barlow (efc) (Entered: 03/20/2003) |
| 03/20/2003 | 212 | (Court only) SEALED document by plaintiff USA (efc) (Entered: 03/20/2003) |
| 03/24/2003 | 215 | ORDER by Judge Rudy Lozano granting motion to seal document [211-1] (cc: all counsel) (efc) (Entered: 03/25/2003) |
| 03/24/2003 | 216 | (Court only) SEALED document (efc) (Entered: 03/25/2003) |
| 03/24/2003 | 217 | ORDER by Judge Rudy Lozano granting motion to seal document [213- |

| | | |
|---|---|---|
| | | 1] (cc: all counsel) (efc) (Entered: 03/25/2003) |
| 03/31/2003 | | REQUEST from USCA for transmittal of record for defendant Elisha Rawlings (efc) (Entered: 04/01/2003) |
| 04/11/2003 | | APPEAL record sent to Circuit Court re defendant Elisha Rawlings (efc) (Entered: 04/11/2003) |
| 04/14/2003 | | (Court only) Docket Modification (Utility) finding the motion for continuance of sentencing [199-1] moot., finding the motion for continuance of jury trial [162-1] moot., finding the motion for issuance of subpoena pursuant to FRCrP 17(b) [157-1] moot., finding the motion in limine re specific prior acts in addition to the bank robbery [131-1] moot., finding the motion to withdraw suppression issue [79-1] [96-1] moot., finding the motion to suppress [79-1] moot. (imr) (Entered: 04/14/2003) |
| 04/21/2003 | 219 | APPEAL Record Acknowledgement from USCA received on 4/15/03 regarding defendant Elisha Rawlings [197-1] (efc) (Entered: 04/21/2003) |
| 07/17/2003 | 221 | NOTICE: before Judge Rudy Lozano ;sentencing reset for 12:30 10/28/03 for Daniel Barlow (cc: all counsel) (kjp) (Entered: 07/17/2003) |
| 09/08/2003 | 222 | MANDATE (PRESS COPY) reversing and remanding the judgment for defendant Elisha Rawlings (efc) (Entered: 09/08/2003) |
| 10/30/2003 | 226 | SEALED document by plaintiff USA (efc) (Entered: 10/30/2003) |
| 10/30/2003 | 228 | ORDER by Judge Rudy Lozano granting motion to reassign sentence date [227-1] ; sentencing reset for 12:00 p.m. 11/18/03 for William Barlow (cc: all counsel) (efc) (Entered: 10/31/2003) |
| 10/30/2003 | ❷229 | Minute Entryfor proceedings held before Judge Rudy Lozano : Sentencing held on 10/30/2003 for Daniel Barlow (3), AUSA Clarence Butler in Court. Deft prnst and with cnsl Adam Tavitas. USPO David Beier in Court. Court accepts deft's plea agreement. Court sentencing deft. Deft hereby committed to the custody of the BOP to be imprisoned for a term of 81 mos.on cnt 2s. Upon release from imprisonment the deft is placed on supervised release for a term of 4 ys on cnt 2s. Sentence to run concurrent with sentence in Alabama in cause #02 PT 0603 NE. Special assessment of $100 due immed. Restitution in the amt of $15,189.00, due imed. No fine imposed. Govt's mots to dismiss cnt in original indictment and superseding cnts is granted. Count(s) 1, Pursuant to Rule 48(a) of the FRCP; Count(s) 1s, Pursuant to Rule 48(a) of the FRCP; Count(s) 2 and 3, Pursuant to Rule 48(a) of the FRCP; Count(s) 3s, Pursuant to Rule 48(a) of the FRCP; Count(s) 6s, Pursuant to Rule 48 (a) of the FRCP., Daniel Barlow terminated. (Court Reporter Julie Churchill-Mickley.) (imr, ) (Entered: 11/04/2003) |
| 10/30/2003 | ❷231 | ORDER as to Daniel Barlow, dismissing the original indictment agnst deft . Signed by Judge Rudy Lozano on 10/30/03. (imr, ) (Entered: 11/04/2003) |
| 10/30/2003 | ❷232 | Letter Regarding Deft Daniel Barlow to the Court submitted by deft's |

| | | mother for sentencing hrg (imr, ) (Entered: 11/04/2003) |
|---|---|---|
| 11/04/2003 | ●230 | ORDER as to Daniel Barlow to dismiss cnts 1,3, & 6 of the Superseding indictment against deft. . Signed by Judge Rudy Lozano on 10/30/03. (imr, ) (Entered: 11/04/2003) |
| 11/10/2003 | ● 233 | JUDGMENT and Commitment Order as to Daniel Barlow (3), Pursuant to Rule 48(a) of the FRCP; Count(s) 1, Pursuant to Rule 48(a) of the FRCP; Count(s) 1s, Pursuant to Rule 48(a) of the FRCP; Count(s) 2, Pursuant to Rule 48(a) of the FRCP; Count(s) 2s, Deft hereby committed to the custody of the BOP to be imprisoned for a term of 81 mos.on cnt 2s. Upon release from imprisonment the deft is placed on supervised release for a term of 4 ys on cnt 2s. Sentence to run concurrent with sentence in Alabama in cause #02 PT 0603 NE. Special assessment of $100 due immed. Restitution in the amt of $15,189.00, due imed. No fine imposed. Govt's mots to dismiss cnt in original indictment and superseding cnts is granted. Deft remanded to USM for imposition of sentence.; Count(s) 3s, Pursuant to Rule 48(a) of the FRCP; Count(s) 6s, Pursuant to Rule 48(a) of the FRCP . Signed by Judge Rudy Lozano on 11/7/03. (imr, ) (Entered: 11/10/2003) |
| 12/12/2003 | ● | PRESENTENCE INVESTIGATION REPORT destroyed as to Daniel Barlow (imr, ) (Entered: 12/12/2003) |
| 12/31/2003 | ●243 | Judgment Returned Executed at FCI Greenville IL, as to Daniel Barlow on 12/18/03. (kjp, ) (Entered: 01/06/2004) |
| 03/09/2004 | | (Court only) ***Case Terminated as to Corichey Grayson, Elisha Rawlings, William Barlow, Daniel Barlow (imr, ) (Entered: 03/09/2004) |
| 07/29/2004 | ●265 | Letter to Judge Lozano from Daniel Barlow (efc, ) (Entered: 08/03/2004) |
| 04/03/2008 | ●271 | Jurisdiction Transferred to Northern District of Illinois as to Daniel Barlow Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kjp) (Entered: 04/03/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA    )    CAUSE NO. _2:01CR 180_
    )
    v.    )    18 U.S.C. § 371
    )    18 U.S.C. § 2113(a)
CORICHEY GRAYSON,  ELISHA    )    18 U.S.C. § 2113(d)
RAWLINGS, DANIEL BARLOW, and    )    18 U.S.C. § 2
WILLIAM BARLOW    )

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about December 4, 2001, in the Northern District of Indiana,

**CORICHEY GRAYSON,
ELISHA RAWLINGS,
DANIEL BARLOW, and
WILLIAM BARLOW,**

defendants herein, did knowingly combine, conspire, confederate, and agree with each other, and

with others known and unknown to the Grand Jury, to commit the following offense against the

United States: to take, by force, violence and intimidation, from the person and presence of another,

money exceeding $1,000, belonging to and in the care, custody, control, management and possession

of the Fifth Third Bank located in Dyer, Indiana, the deposits of which were then insured by the

Federal Deposit Insurance Corporation, and in committing such offense, to put in jeopardy the life

of another person and persons by the use of a dangerous weapon, that is a firearm, in violation of

Title 18, United States Code, Sections 2113(a) and 2113(d).

MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspiracy was sought to be accomplished included,

RECEIVED

DEC 2 0 2001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND, IN

I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: __4/3/08__

among others, the following:

4.     On or about December 4, 2001, CORICHEY GRAYSON, ELISHA RAWLINGS, DANIEL BARLOW, and WILLIAM BARLOW, agreed to travel and did travel by vehicle to the parking lot of the Fifth Third Bank located in Dyer, Indiana.

5.     On or about December 4, 2001, two of the conspirators stayed with the vehicle, while two of the conspirators entered the Fifth Third Bank. The two conspirators who entered the bank were armed with revolvers and wearing masks and other clothing to cover their faces.

6.     On or about December 4, 2001, the two conspirators who entered the bank demanded money from bank employees. The two conspirators displayed their revolvers and pointed them at the bank employees. At least one of the conspirators threatened to use force and violence against the bank employees if their demands for money were not met.

7.     On or about December 4, 2001, the two conspirators in the bank obtained from the bank money exceeding $1,000 and exited the bank. These two conspirators then entered the vehicle driven by another conspirator and drove away.

8.     On or about December 4, 2001, CORICHEY GRAYSON, ELISHA RAWLINGS, DANIEL BARLOW, and WILLIAM BARLOW left the parking area of the Fifth Third Bank by vehicle. When law enforcement approached the vehicle, the vehicle accelerated and fled the scene, requiring law enforcement officers to follow in pursuit.

9.     On or about December 4, 2001, while being pursued by law enforcement, the conspirators attempted to discard evidence of the crime by throwing out the window of the vehicle various items, including U.S. currency.

## OVER ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the following overt act,

among others, was committed in the Northern District of Indiana:

13.    On or about December 4, 2001, CORICHEY GRAYSON, ELISHA RAWLINGS, DANIEL BARLOW, and WILLIAM BARLOW, traveled by vehicle to the parking lot of the Fifth Third Bank located in Dyer, Indiana.

14.    On or about December 4, 2001, CORICHEY GRAYSON, ELISHA RAWLINGS, DANIEL BARLOW, and WILLIAM BARLOW left the parking area of the Fifth Third Bank by vehicle. When law enforcement approached the vehicle, the vehicle accelerated and fled the scene, requiring law enforcement officers to follow in pursuit.

All in violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about December 4, 2001, in the Northern District of Indiana,

**CORICHEY GRAYSON,**
**ELISHA RAWLINGS,**
**DANIEL BARLOW, and**
**WILLIAM BARLOW,**

defendants herein, by force, violence and intimidation did take from the person and presence of

another, money exceeding $1,000, belonging to and in the care, custody, control, management and

possession of the Fifth Third Bank located in Dyer, Indiana, the deposits of which were then insured

by the Federal Deposit Insurance Corporation, and in committing such offense, defendants did put

in jeopardy the life of another person and persons by the use of a dangerous weapon, that is a

firearm;

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: _Clarence Butler Jr. For_
Jonathan L. Marks
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
        DEPUTY CLERK
Date: _4/3/08_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on
or After November 1, 1987)

UNITED STATES OF AMERICA )
                         )
          v.             )        *Cause No. 2:01 CR 180-03*
                         )
DANIEL BARLOW            )        *Adam Tavitas*
             Defendant ) )        **Attorney for Defendant**

**THE DEFENDANT** Daniel Barlow
(x) pleaded guilty to *Count(2s).*
( ) was found guilty on Count(s) after a plea of not guilty.
(x) The Plea Agreement between the defendant and the U.S.
    Government filed M**ay 29, 2002** is **ACCEPTED**.

    Accordingly, the defendant is adjudged guilty of such Count,
which involve the following offenses:

|                      |                    | Date Offense |        |
| Title & Section      | Nature of Offense  | Concluded    | Count  |
| 18:2113(a)(d)        | Bank Robbery by    | 12/4/01      | 2s     |
| & 2                  | Force or violence  |              |        |
|                      | Aiding & Abetting  |              |        |

    Defendant is sentenced as provided in pages 2 through 7 of
this Judgment.  The sentence is imposed pursuant to the
Sentencing Reform Act of 1984.
[x] Counts from original indictment and superseding counts 1s,3s
    and 6s are dismissed on motion of the United States.
[x] It is ordered that defendant shall pay to the United States
    a special assessment of *$100, for Count(2s)*, which shall be
    due **immediately** as follows:  payable to Clerk, U.S. District
    Court, 5400 Federal Plaza, Hammond, Indiana  46320.

    **IT IS FURTHER ORDERED** that the defendant shall notify the
United States Attorney for this district, within 30 days, of any
change of name, residence or mailing address until all fines,
restitution, costs and special assessments imposed by this
Judgment are fully paid.

*Defendant: Daniel Barlow*
*Cause No.: 2:02 cr 180-03*

*Judgment- Page 2 of 7*

 ctober 30, 2003
Date of Imposition of Sentence

S/ RUDY LOZANO
Hon. Rudy Lozano, Judge

United States District Court

November 6, 2003
Date

**Defendant: Daniel Barlow**                         **Judgment - Page 3 of 7**
**Cause No.: 2:01 cr 180-03**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 81 months on count 2s.

[x]  The Court makes the following recommendations to the Bureau of Prisons:

Defendant placed close to the Chicagoland area to enable family visitation.

Defendant be given credit for time served.

[x]  The defendant is remanded to the custody of the U.S. Marshal.

[ ]  The defendant shall surrender to the U.S. Marshal for this district at          on

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, before **12:00 Noon** on             , as notified by the U.S. Marshal or U.S. Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

**Defendant: Daniel Barrow**                    *Judgment - Page  4 of 7*
**Cause No.: 2:01 cr 180-03**

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on *supervised release for a term of four years on count 2s.*

While on supervised release, the defendant shall not commit another federal, state or local crime, shall comply with the 15 standard conditions that have been adopted by this court.  If this Judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition the defendant:

1) shall not leave the judicial district without the permission of the court or probation officer;
2) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) shall support his or her dependents and meet other family responsibilities;
5) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) shall notify the probation officer within 72 hours of any change in residence or employment;
7) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) shall not frequent places where controlled substances are illegally sold, used, distributed, or  administered;
9) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

**Defendant: Daniel Barlow**                    *Judgment   page 5 of 7*
**Cause No.: 2:01 cr 180-03**

10)  shall permit a probation officer to visit him or her at any
     time at home or elsewhere and shall permit confiscation of
     any contraband observed in plain view by the probation
     officer;

11)  shall notify the probation officer within 72 hours of being
     arrested or questioned by a law enforcement officer;

12)  shall not enter into any agreement to act as an
     informer or a special agent of a law enforcement agency
     without the permission of the court;

13)  as directed by the probation officer, shall notify
     third parties of risks that may be occasioned by the
     defendant's criminal record or personal history or
     characteristics, and shall permit the probation officer
     to make such notifications and to confirm the
     defendant's compliance with such notification
     requirement.

14)  The defendant shall pay the special assessment imposed
     or adhere to a court-ordered installment schedule for
     the  payment of the special assessment.

15)  The defendant shall notify the probation officer of any
     material change in the defendant's economic
     circumstances that might affect the defendant's ability
     to pay any unpaid amount of restitution, fines or
     special assessments.

**The defendant shall comply with the following additional
conditions:**

> The defendant shall submit to one drug urinalysis with
> 15 days after being placed on supervision and two
> periodic tests thereafter.
>
> The defendant shall not possess a firearm or
> destructive device.
>
> The defendant shall participate in a drug and alcohol
> aftercare treatment program which may include urine
> testing a co-payment plan at the direction and
> discretion of the probation officer.

**Defendant: Daniel Barlow**                    *Judgment - Page 6 of 7*
**Cause No.: 2:01 cr 180-03**

As part of the co-payment program, the defendant will
be held responsible for 3% per $100.00 of his net wages
as determined by the probation office.

If the defendant is unemployed or receiving public
assistance, the defendant will be held responsible for
a co-payment of $10.00 per month.  Payments are to be
made on a per visit basis.

*The defendant shall pay any financial penalty that is
imposed by this judgment, and that remains unpaid at
the commencement of the term of supervised release.*

*The defendant shall provide the probation officer with
access to any requested financial information.*

*The defendant shall not incur new credit charges or
open additional lines of credit without the approval of
the probation officer unless the defendant is in
compliance with the installment payment schedule.*

*While under supervision, the defendant shall not
consume alcoholic beverages or any mood altering
substances, which overrides the "no excessive use of
alcohol" in standard Condition #7.*

**Defendant: Daniel Barlow**                    **Judgment - Page 7 of 7**
**Cause No.: 2:01 cr 180-03**

### RESTITUTION AND FORFEITURE

#### RESTITUTION

[x]   The defendant shall make restitution to the following
      persons in the following amounts:

**Name of Payee**                       **Amount of Restitution**

**Fifth-Third Bank of**                 **$15,189.00**
**Dyer, Indiana**

Payments of restitution are to be made to:

[x]   the United States District Court, 5400 Federal Plaza,
      Hammond, IN 46320, for transfer to the payee(s).
[x]   the defendant's restitution obligations shall not be
      affected by any restitution payments that may be made
      by other defendants in this case.

Restitution shall be paid:

[x]   in **full immediately.**
[ ]   in full not later than      , 199
[ ]   in equal monthly installments over a period of
      months.  The first payment is due on the date of this
      judgment.  Subsequent payments are due monthly
      thereafter.
[ ]   in installments according to the following schedule of
      payments:

Any payment shall be divided proportionately among the payees
named unless otherwise specified here.

---

#### FORFEITURE

[ ]   Defendant is ordered to forfeit the following property
      to the United States: